## IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| TYRONE & IN-CHING, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY,<br><br>     Appellant,<br><br>  vs.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE ON BEHALF OF MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006-HE5, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-HE5 (INCORRECTLY NAMED AS "DEUTSCHE BANK NATIONAL TRUST COMPANY"),<br>     Respondent. | No. 76367 |

FILED

AUG 27 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed.[1]  The parties shall bear their own costs and attorney fees.  NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

---

[1]This court takes no action on the August 2, 2019, notice of settlement.

19-35770

cc:   Hon. Susan Johnson, District Judge
Janet Trost, Settlement Judge
Hong & Hong
Ayon Law, PLLC
Wright, Finlay & Zak, LLP/Las Vegas
Eighth District Court Clerk